# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24238-HRT |
| | ) | |
| SVS Holdings, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | Adversary Proceeding No 12-1757-HRT |
| | ) | |
| Tom H. Connolly, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | (U.S. Dist. Ct., District of Colorado, Civil Action No. 13-cv-00169-REB) |
| v. | ) | |
| | ) | |
| Sequoia Voting Systems, Inc., Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., | ) ) ) | |
| | ) | |
| Defendants. | | |

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER RE: HART INTERCIVIC DOCUMENTS

Plaintiff Tom H. Connolly, Chapter 7 Trustee, and Defendants Sequoia Voting Systems, Inc., Dominion Voting Systems Corporation, and Dominion Voting Systems, Inc. (collectively, the "Parties"), through their undersigned attorneys, hereby file this Stipulated Motion for Entry of Protective Order Re: Hart InterCivic Documents and state as follows:

1. The Parties are in the process of conducting discovery, including third party discovery, in the case. Some of the materials requested in subpoenas issued by both Plaintiff and Defendants on Hart InterCivic, Inc. include confidential and/or proprietary information. Hart

LITIGATION/4276641.1

InterCivic has requested that, prior to production, the Parties seek entry of an Order establishing the procedures for protecting confidential information, and the Parties agree that such an Order is necessary to facilitate discovery.

2. A proposed Stipulated Protective Order Re: Third Party Discovery (Hart InterCivic) is filed herewith.

WHEREFORE, the parties request the Court approve and enter as an Order of the Court the Stipulated Protective Order Re: Hart InterCivic Documents in the form attached.

Respectfully submitted this 19th day of September, 2014.

| | |
|---|---|
| *s/ Kristin M. Bronson* | *s/ David B. Willson* |
| Brent R. Cohen | Eric E. Johnson |
| Kristin M. Bronson | David B. Wilson |
| LEWIS ROCA ROTHGERBER LLP | Sherman & Howard L.L.C. |
| 1200 17th Street, Suite 3000 | 633 17th Street, Suite 3000 |
| Denver, CO 80202 | Denver. CO 80202 |
| (303) 623-9000 | (303) 297-2900 |
| bcohen@lrrlaw.com | ejohnson@shermanhoward.com |
| kbronson@lrrlaw.com | dwilson@shermanhoward.com |
| | |
| *Attorneys for Plaintiff* | |
| | Richard A. Johnston |
| | George Shuster |
| | Wilmer Cutler Pickering Hale and Dorr |
| | 60 State Street |
| | Boston, MA 02029 |
| | 617 526 6000 |
| | richard.johnston@wilmerhale.com |
| | george.shuster@wilmerhale.com |
| | |
| | *Attorneys for Dominion Voting Systems Corp.* |
| | *and Dominion Voting Systems, Inc.* |

2

*s/ Daniel J. Garfield*
Daniel J. Garfield
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810
dgarfield@fostergraham.com

*Attorneys for Sequoia Voting Systems, Inc.*