# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00169-REB
(Bankruptcy Case No. 10-24238-HRT (Chapter 7))
Adversary Proceeding No. 12-01757-HRT

In re:  SVS HOLDINGS, INC.

    Debtor.

---

TOM H. CONNOLLY, Chapter 7 Trustee

    Plaintiff,

v.

SEQUOIA VOTING SYSTEMS, INC.,
DOMINION VOTING SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.

    Defendants.

---

## ORDER OF DISMISSAL

Blackburn, J.

This matter is before me on the **Joint Motion for Dismissal with Prejudice** [#33],[1] filed May 17, 2017.  After careful review of the motion and the file, I conclude that the motion should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion for Dismissal with Prejudice** [#33], filed May 17, 2017, is granted; and

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2. That the parties shall pay their own attorney fees and costs.

Dated May 23, 2017, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge